JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIAGARA BOTTLING, LLC, | ED CV 19-113 PA (KKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's October 5, 2019 Minute Order granting the Motion for Summary Judgment filed by defendant Zurich American Insurance Company ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Niagara Bottling, LLC ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: October 5, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE